IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Magistrate No. 21-2097

Yadell Eric Jones

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Ryan Michael Rennig, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state that:

1.      I have been employed as Special Agent with the ATF for approximately sixteen (16) years.  I am currently assigned to the ATF Pittsburgh Field Office, Group II.  As part of my duties, I am authorized to conduct investigations of persons who engage in unlawful firearms possession, acquisition and use as well as violent crimes and narcotics distribution.

2.      I have been personally involved in dozens of firearms and narcotics investigations, and as such I am familiar with the various methods used by prohibited persons to acquire firearms. I have experience with a wide range of investigative techniques, including various types of visual and electronic surveillance, the interception of wire communications, and the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, controlled deliveries, use of search and arrest warrants, management and use of informants, pen registers, the laundering and concealing of proceeds from drug trafficking, and the street gangs who participate in these illegal activities.

3.      The information contained herein is based upon my own personal investigation, observations, and knowledge as well as upon the investigation, personal observations, and knowledge of other law enforcement officers with whom I have discussed this case.  For the reasons set forth below, there is probable cause to believe that, on or about October 26, 2021, in

the Western District of Pennsylvania, Yadell Eric Jones, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

4.      On October 26, 2021, agents and task force officers of the Drug Enforcement Administration (DEA), ATF, Pennsylvania Attorney General's Office, and officers from the McKeesport Police Department executed four search warrants, which had been issued by the Honorable Lisa Pupo Lenihan, United States Magistrate Judge, on October 22, 2021.  Those search warrants were for the following locations, with the associated Magistrate Case Numbers:

        a.  1837 Beech Street, McKeesport, PA 15132 (21-MJ-2054)

        b.  1206 Bank Street, McKeesport, PA 15132 (21-MJ-2055)

        c.  A 2007 BMW sedan with PA Registration KRC0057 (21-MJ-2056); and

        d.  The Person of Yadell Jones (21-MJ-2057).

5.      On October 26, 2021, at approximately 6:00 AM, Pennsylvania OAG SRT operators entered 1206 Bank Street.  While they were securing the residence, they observed a shotgun in the front room next to the front door.  It is worth noting that this front room contained a bed, and Yadell Eric Jones (JONES) was in this bed at the time operators made entry.

6.      No one else was located inside the residence.

7.      During the execution of the search warrant, the following firearms were recovered from the following locations:

        a.  A Glock Model 43 9mm pistol, bearing serial number BGKH523, loaded with a magazine and 10 rounds, located in the front bedroom in a box on the floor next to the head of the bed in which JONES was located, within arms' reach of JONES.

b.  A Remington 870 12 gauge shotgun, bearing serial number CC71208B, with 9 shells, located in the front bedroom, in the corner close to the front door.

c.  A Girsan MC 911 ST .45 ACP pistol bearing serial number T 6368-19AB01747, with a magazine and five rounds of ammunition, located in the kitchen in a wall cabinet above the countertop; and

d.  A Taurus PT111G2 9 mm pistol, bearing serial number T3017796 with two magazines, one of which was extended, located in the same cabinet as the Girsan pistol.

8.      During the execution of the search warrant at 1206 Bank Street, investigators located recovered several thousand dollars in cash, what appeared to be a marijuana grow operation, as well as crack cocaine/compressed powder cocaine, and crack cocaine manufacturing and distribution paraphernalia.

9.      Specifically,

a.  Investigators recovered over $5,000 in cash in the desk/nightstand next to the bed;

b.   a Hydroponic marijuana grow operation on the second floor; all the equipment was intact but the plants had been harvested.  However, investigators recovered approximately over one pound of marijuana from the Kitchen and from the front bedroom.

c.  Investigators recovered suspected crack cocaine and potential compressed powder cocaine in the front bedroom in which JONES was encountered, between a desk and JONES' bed, approximately less than four feet from JONES and the Glock.  This crack cocaine/powder cocaine was broken down into

several smaller knotted baggies, consistent with being ready for distribution. Investigators did not observe any use paraphernalia for crack cocaine, though they did observe partially smoked marijuana cigarettes.

d. In the kitchen, investigators located a pot of water on the stove, a sifter in close proximity to the stove, a digital scale. Vacuum sealed bags and a vacuum sealer were located in the front bedroom. Potential cutting agents were located in the kitchen as well as the front bedroom. DEA agents Schuller and Ellenberger recognized these items as consistent with the manufacturing and distribution of crack cocaine.

10. Additionally, throughout the residence, investigators recovered indicia for JONES, including a large amount of mail and banking documents. Most if not all of the mail was addressed to JONES, at the 1837 Beech Street location. The indicia was located throughout the first floor of the residence, including a large amount in the front bedroom occupied by JONES, and in which the Glock pistol and Remington shotgun were located (as well as the suspected crack cocaine/cocaine).

11. Your affiant consulted with ATF Special Agent Manns who provided verbal confirmation that both the Glock firearm and the Taurus firearm were manufactured outside of the Commonwealth of Pennsylvania, and thus moved in and/or affected interstate commerce prior to being recovered in 1206 Bank Street.

12. I have reviewed JONES' criminal history, and he has the following criminal convictions:

a.  2004:  Possession of between 50 and 2,000 pounds of marijuana (Texas State Conviction), graded as a felony of the second degree, in violation of H.S.C. 481.121(b)(5).

b.  2000:  Possession with intent to distribute a controlled substance ("PWID") (PA State Conviction), in violation of 35 P.S. 780-113(a)(30), at Offense Tracking Number (OTN) E 927869-5.  JONES received sentence of 1 to 5 years of incarceration for this offense.

c.  1999:  PWID (PA State Conviction) in violation of 35 P.S. 780-113(a)(30< at Offense Tracking Number (OTN) F 057123-3.  JONES received a sentence of 2 ½ years to 6 years of incarceration for this offense.

13.    I am aware that PWID is a felony offense punishable by more than one year of incarceration in Pennsylvania.  Furthermore, I believe that JONES is so aware, as he was sentenced to more than one year of incarceration for his priors PWID convictions.

14.    I am aware, therefore, that as a result of these convictions, JONES is prohibited from possessing a firearm under 18 U.S.C. § 922(g)(1).

## **CONCLUSION**

10.     Based upon the above information, your affiant submits that there is probable cause

to believe that, on or about October 26, 2021, in the Western District of Pennsylvania, Yadell Eric

Jones, knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, in

violation of 18 U.S.C. § 922(g)(1).


        The above information is true and correct to the best of my knowledge, information and
belief.


                                        Respectfully submitted,

                                        */s/ Ryan Michael Rennig*
                                        RYAN MICHAEL RENNIG
                                        Special Agent
                                        Bureau of Alcohol, Tobacco, Firearms and
                                        Explosives




Sworn and subscribed before me, by telephone
pursuant to Fed. R. Crim. P. 4.1(b)(2)(A)
this 26th of October, 2021



_____  _____
THE HONORABLE MAUREEN P. KELLY
United States Magistrate Judge